IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA               )

vs.                                    )     CR. NO. 2:07cr034-WHA

LATRICIA DODD THOMAS                   )

## **ORDER**

This case is before the court on the Unopposed Motion to Continue (Doc. #19), filed by the Defendant on May 14, 2007.

The court finds, for the reason that additional time is needed for the Defendant to complete her drug treatment program, that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.  Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing June 4, 2007, to the term of court commencing July 9, 2007.

DONE this 14th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE